Helen T. Pelouze et al., Executors, Appellants, v. Harrison B. Slaughter, Executor, et al., Appellees.

Gen. No. 13,310.

This action was instituted by bill in equity praying an accounting. Only questions of fact were determined by the opinion of the court.

Bill in equity. Appeal from the Circuit Court of Cook county; the Hon. JULIAN W. MACK, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1906. Affirmed. Opinion filed July 14, 1908.

MORRIS ST. P. THOMAS and WILLIAM E. O'NEIL, for appellant.

HIRAM T. GILBERT and JACOB NEWMAN, for appellee.

MR. PRESIDING JUSTICE BAKER delivered the opinion of the court.